**Electronically Filed
Supreme Court
SCWC-15-0000743
20-DEC-2016
09:57 AM**

SCWC-15-0000743

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

WILLIAM A. CORNELIO, III,
Petitioner/Appellant,

vs.

STATE OF HAWAIʻI,
Respondent/Respondent-Appellee.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-15-0000743; S.P.P. NO. 15-1-0008(2) (CR. NO. 94-0590(2))

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Appellant William A. Cornelio, III's

application for writ of certiorari filed on November 7, 2016, is

hereby rejected.

DATED:  Honolulu, Hawaiʻi, December 20, 2016.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

